

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2014

No. 04-14-00435-CV

**IN THE INTEREST OF J.R.P.,** Et al., Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01799
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant J.R. seeks to appeal an order signed on June 3, 2014 terminating her parental rights to her children, J.R.P., J.R., J.R., J.R.R., J.R.R., J.R.R., J.R., and J.R. The order is titled "Interlocutory Order of Termination as to [J.R.]" and does not adjudicate the parental rights of any of the children's fathers. Thus, this order does not dispose of all parties, and no severance order appears in the record. An order that does not dispose of all parties and causes of action is not final and appealable. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001); *City of Beaumont v. Guillory*, 751 S.W.2d 491, 492 (Tex. 1988).

It is therefore ORDERED that appellant J.R. show cause in writing within fourteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending our determination of whether we have jurisdiction over this appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court